UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>PHUNG T. TRINH, et al.,<br><br>    Defendants. | Case No. 19-cv-01314-JD<br><br>**ORDER ON PENDING MOTIONS**<br>Re: Dkt. Nos. 7, 17, 18, 22, 34 |

    The Court resolves the pending motions in this ADA case as follows. The hearing that was set for September 18, 2019, is VACATED.

    <u>Plaintiff's Application for Order for Publication of Summons, Dkt. No. 17</u>: DENIED for lack of good cause.

    <u>Plaintiff's Request That the Court Accept the Late-Filed Opposition Brief for Defendant's Motion to Dismiss, Dkt. No. 22</u>: GRANTED, with the warning that any future requests based on counsel's calendaring mistakes are not likely to be granted.

    <u>Pro Se Defendant Phung Trinh's Motions to Dismiss, Dkt. Nos. 7, 18, 34</u>: Defendant Trinh requests that she "be removed from this proceeding" because she is "not the responsible party for this business . . . [and] I have never had any say in the operation of Mr. A. Pelayo's business in any way." Dkt. No. 34 at 1. She has, however, also answered the complaint, admitting that she is "the owner of the property." Dkt. No. 16 at 2.

    Putting to one side the procedural propriety of defendant Trinh's motion under Federal Rule of Civil Procedure 12(b) and N.D. Cal. General Order No. 56, defendant Trinh's motions must be denied because they present factual arguments that cannot yet be decided at this stage of the case on a motion to dismiss. Defendant Trinh is of course free to renew her arguments at a later stage of the case, as appropriate and necessary.

The docket indicates that a mediation hearing has been set with mediator Tamara Lange of the Court's ADR Unit for October 4, 2019. The parties are encouraged to focus their efforts on reaching an informal settlement of this case.

**IT IS SO ORDERED.**

Dated: September 16, 2019

JAMES DONATO
United States District Judge